**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-50846

AUSTIN INDEPENDENT SCHOOL DISTRICT

Plaintiff - Appellee

VERSUS

ROBERT M, Etc., ET AL

Defendants

ROBERT M, by next friend Lora M

Defendant - Appellant

Appeal from the United States District Court
For the Western District of Texas, Austin
A-00-CV-523-JN
November 8, 2002

Before DAVIS, BARKSDALE, Circuit Judges and LANCE M. AFRICK, District Judge[*]

PER CURIAM:[**]

AFFIRMED. See 5th Circ. Loc. R. 47.6.

---

[*]U. S. District Judge, Eastern District of Louisiana, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.